**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-2164

———————

DELORES L. BAXTER,

Plaintiff - Appellant,

versus

CHARLESTON ORPHAN HOUSE, INCORPORATED, d/b/a
Carolina Youth Development Center,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   David C. Norton, District Judge.
(CA-02-11-2-18)

———————

Submitted:  January 15, 2004          Decided:  January 27, 2004

———————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Delores L. Baxter, Appellant Pro Se.   James Walter Coleman, IV,
Mary Legare Hughes, NEXSEN, PRUET, JACOBS, POLLARD & ROBINSON,
L.L.C., Charleston, South Carolina.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Delores L. Baxter appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment for Charleston Orphan House, Inc. on her wrongful discharge and hostile work environment claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Baxter v. Charleston Orphan House, Inc.</u>, No. CA-02-11-2-18 (D.S.C. Aug. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>